IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| VALENTINE SIMO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | NO.  9:26-CV-00189-MJT-ZJH |
| v. | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| ARK HOMES FOR RENT, LLC, ASHLEY WARD, INDIVIDUALLY AND AS AGENT OF ARK HOMES FOR RENT, LLC; | § | |
| | § | |
| *Defendants*. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 9, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  *Pro se* Plaintiff Valentine Simo ("Simo") filed her *Petition* [Dkt. 1], along with a *Motion for Leave to Proceed In Forma Pauperis* [Dkt. 3].  Simo alleges breach of contract, unfair and deceptive business practices, and harassment and bad faith eviction practices against Defendants ARK Homes for Rent, LLC ("ARK") and Ashley Ward ("Ward").  [Dkt. 1].  On March 17, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 5], which recommended dismissing Simo's case for lack of subject matter jurisdiction.

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 5] along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 5]

dismissing this case is ADOPTED.  The court will separately enter Final Judgment.

**SIGNED this 7th day of April, 2026.**

_____
Michael J. Truncale
United States District Judge